RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12.05.08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DIILLC | Civil Action No. 06CV-1265 |
| versus | Judge Tucker L. Melançon |
| Compass Group USA, et al | Magistrate Judge C. Michael Hill |

## JUDGMENT OF DISMISSAL

The Court having been notified that the parties in this matter have reached an amicable resolution through settlement, it is

**ORDERED** that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated. It is

**FURTHER ORDERED** that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under Kokkonen v. Guardian Life, 511 U.S. 375, 114 S.Ct. 1673 (1994).

THUS DONE AND SIGNED on this 4th day of December, 2008 in Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge